AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
     V.

## CRIMINAL COMPLAINT

James Navarro

Case Number:

YOB:    **2000**    COB:    **United States**

M-22- 1763 -M

United States Courts
Southern District of Texas
FILED

*September 02, 2022*

Nathan Ochsner, Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about    **September 1, 2022**    in    **Hidalgo**    County, in the

    **Southern**    District of    **Texas**

(Track Statutory Language of Offense)

**knowing or in reckless disregard of the fact that Laura Alvarenga-Guevara, a citizen and national of El Salvador, along with twelve (12) other undocumented aliens, for a total of thirteen (13) who had entered the United States in violation of law, did knowingly to transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Abram, Texas to the point of arrest near Abram, Texas,**

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(ii) FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On September 1, 2022, at approximately 8:00 pm., McAllen Border Patrol station advised agents of multiple surveillance camera activations depicting a dark in color Chevrolet truck with people attempting to conceal themselves in the truck bed near Abrams, Texas. A nearby air unit responded and observed the vehicle travelling with a flat left rear tire. A short distance later, the air unit witnessed the driver exit the vehicle while it was still in motion. A responding Border Patrol agent observed the driver, wearing a white shirt and blue pants, exit the vehicle and attempt to flee. With the assistance of the air unit, an agent was able to locate and apprehend the driver a short distance from the truck. The driver was later identified as James Navarro, a United States citizen. Agents apprehended a total of thirteen (13) subjects, all of whom were determined to be undocumented aliens illegally present in the United States.

Navarro and all 13 subjects were transported to the McAllen Station for processing.

**PRINCIPAL'S STATEMENT:**
James Navarro, a United States citizen, was read his Miranda Rights. He understood and declined to provide a sworn statement without the presence of an attorney.

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

Complaint authorized by AUSA M. Phelps

/s/ Rosendo Agda
Signature of Complainant

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

Rosendo Agda    Border Patrol Agent
Printed Name of Complainant

September 2, 2022    - 2:45 p.h.
Date

at    McAllen, Texas
City and State

Juan F. Alanis    , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-22- 1763    -M

RE:    **James Navarro**

**CONTINUATION:**

**MATERIAL WITNESS' STATEMENT:**

Laura Alvarenga-Guevara, a citizen and national of El Salvador, was read her Miranda Rights. She understood and agreed to provide a sworn statement without the presence of an attorney.

Alvarenga stated she paid $1,000 to cross into the United States. Alvarenga indicated she crossed with twelve (12) other individuals using raft. Alvarenga added that once on U.S. riverbank, a gray in color, crew cab vehicle was already waiting. Alvarenga stated she boarded the vehicle and sat behind the front passenger seat while one (1) female and all males got in the truck bed. Alvarenga said that when they were driving away, the driver mentioned about having a flat tire and immigration officers were on them. Alvarenga witnessed the driver abandon the vehicle while it was still moving towards the trees.

Alvarenga identified James Navarro on a photo line up as the driver of the vehicle.